# UNITED STATES DISTRICT COURT

for the

District of Kansas

_____ Division

FILED
U.S. District Court
District of Kansas

NOV 22 2021

Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| ROYAL FLAGG, SARAH FLAGG, AMANDA HAUGEN, and DOUGLAS BURDINE | Case No. 6:21-cv-1281-JAR-GEB (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ☑ Yes ☐ No |
| -v- | |
| DEPARTMENT OF CHILDREN, AND FAMILY SERVICES, GREAT BEND POLICE DEPARTMENT, STAINT FRANCIS MINISTRIES, INC. et, al. | |
| *Defendant(s)* (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Royal Flagg |
| Address | 1919 Heizer St. Apt. C |
| | Great Bend, KS 67530 |
| | *City / State / Zip Code* |
| County | Barton |
| Telephone Number | 785-210-6085 |
| E-Mail Address | rflaggrbt@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Department of Children, and Family Services |
| Job or Title *(if known)* | Robert Williams, Specialist |
| Address | 1305 Patton Road |
| | Great Bend, KS 67530 |
| | *City / State / Zip Code* |
| County | Barton |
| Telephone Number | 620-792-5324 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Great Band Police Department |
| Job or Title *(if known)* | |
| Address | 1217 Williams St. |
| | Great Band, KS 67530 |
| | *City / State / Zip Code* |
| County | Barton |
| Telephone Number | 620-793-4120 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 3
Name: Saint Francis Ministries, Inc.
Job or Title (if known):
Address: 1508 Main St.
City: Great Bend   State: KS   Zip Code: 67530
County: Barton
Telephone Number: 620-793-7454
E-Mail Address (if known):

[ ] Individual capacity   [✔] Official capacity

Defendant No. 4
Name: Saint Francis Ministries, Inc.
Job or Title (if known): Shesha (last name unknown)
Address: 1508 Main St.
City: Great Bend   State: KS   Zip Code: 67530
County: Barton
Telephone Number: 620-793-7454
E-Mail Address (if known):

[ ] Individual capacity   [✔] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
 1. The Right to Due Process
 2. Slander/Defamation
 3. Abuse/Neglect
 4. Obstruction of an Investigation with intend to Circumvent establish rules, regulations, policies, and law
     CONTINUED, ATTACHMENT (A)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
1. Defendant, Department of Child, and Family Services, (DCF) purposely denied Plaintiff's to participate in legal process for which Plaintiff's had protected rights to attend.

SEE ATTACHMENT (B)

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
All alleged violations took place in the City of Great Bend, Kansas, Barton County.

B. What date and approximate time did the events giving rise to your claim(s) occur?
1. 10\09/2021 DEFENDANTS DCF, and GBPD TOOK CHILDREN FROM PLAINTIFF AMANDA HAUGEN
2. 10\13\2021 PLAINTIFFS DENIED ACCESS TO PROCEEDINGS
3. 10\28/2021 DEFENDANT ST. FRANCIS FAILED TO REPORT CHILD ABUSE
4. BETWEEN 10\09\2021-TO-CURRENTLY DEFENDANTS CONTINUE TO VIOLATE PLAINTIFFS RT

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
1. On 10\09\2021 Plaintiff Amanda Haugen, Sister-in-Law to Plainitff Royal Flagg, asked her Brother-in-Law to pick her two sons up from school.
2. Upon arriving at the school, Plaintiff Royal Flagg was confronted by Great Bend Police Officer, Reynolds.
3. Officer Reynolds informed Plaintiff Royal Flagg that the child he'd come to pick up (hereinafter HH, DR) were being placed in police protective custody.
4. That HH had told school Officials that his mother Plaintiff Amanda Haugen had burnt him with a cigarette.
5. Officer Reynolds informed Plaintiff Royal Flagg to inform the mother of the actions. Officer Reynolds did not mention any other abusers at the time.

SEE ATTACHMENT (C)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff Amanda Haugen suffered a Mental Breakdown while in court. The Judge refused Plaintiff Amanda Haugen to take a moment gather herself. After the Judge refused, Plaintiff Amanda Haugen suffered an anxiety attack causing Emergency EMT to be called to the Court, where Plaintiff Amanda Haugen was taken to ER.

Plaintiff AmandaHaugen is now undergoing counseling due to the Defendants actions.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

All Plaintiffs want the children in this case returned to the custody of Mother, Plaintiff Amanda Haugen.
Plaintiff Royal Flagg has been suspended from his place of employment, as Plaintiff Royal Flagg is a Registered Behavioral Tech (RBT) working in the State of Kansas with children suffering from Autism.

Plaintiff Royal Flagg is seeking actual damages of $2,720 for loss wages.

All Plaintiffs are seeking a total punitive damages in the amount of $15,000,000 dollars for denying Plaintiffs their protected rights to be given proper notice, participate in all the proceedings, for failure to investigate properly, and doing so purposely.

Plaintiff Douglas Burdine is seeking actual damages in the amount of $656.00 for missed work due to Ddefendants actions.

Plaintiffs request this Honable Court to Certify this complaint as a Class Action pursuant to Federal Rule of Civil Procedure, Rule 23 (a).

Plaintiffs believe that the class will be so numerous that joinder of all members is impracticable, that there is a question of federal law, and facts common in the case, the claims of the Plaintiffs are typical of the claims in the class, and the representative parties will fairly and adequately protect the interests of the class.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/10/2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: ROYAL FLAGG, PRO SE

### B. For Attorneys

Date of signing: 11/12/2021

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm: PRO SE
Address: 1919 HEIZER ST, APT C.
City: GREAT BEND  State: KS  Zip Code: 67530
Telephone Number: (620) 282-7934
E-mail Address: sarah4210gmail.com

II B. Continued, Attachment (A)

FLAGG et., al.,v. DCF, et., al

5. Violation of 42. U.S.C et seqq.,25 U.S.C. 1901 el seq., and C.F.R. and 1912 (e)

6. Defendants Department of Child, and Family Services, and St Francis refused Plaintiff Amanda Haugen to review court documents:25 U.S.C. 1912 (c).

7. Appointment of Counsel 25 U.S.C. 1912 (c)

II D

Attachment(B)

2. Defendants DCF, and St. Francis continue to threaten Plaintiff Amanda Haugen with incarceration if she refuses to participate in programs they deem fit, although no adjudication against Plaintiff Amanda Haugen has been reached.

3. Defendants DCF, and St. Francis refuse Plaintiffs Sarah Flagg, Royal Flagg, and Douglas Burdine to participate is any of the case planning proceedings.

4. Defendants DCF, and GBPD presented inadequate, and unsupportive reports in where they alleged Plaintiffs were equally accused of abuse of a child.

5. Defendants DCF, and GBPD failed to ever inform Plaintiff Amanda Haugen that her children were being placed into Police protective Custody.

6. Plaintiff Amanda Haugen was denied the right to counsel for the proceedings where the State of Kansas brought the complaint.

7. Defendants DCF, and St. Francis refused to provide children with Prescribed medication for their mental illness causing them to suffer withdrawal side effects.

8. Defendants DCF, and GBPD failed to provide medical attention when they took children for alleged cigarette burns but did not take children to a doctors for three weeks.

9. Defendants St. Francis continues to threaten Plaintiff Sarah Flagg was calling police each time Plaintiff Sarah Flagg attempts to assist her sister into obtaining information regarding her rights.

continued, attachment (B)

10. Defendant DCF, and GBPD took the children after what Defendants believed to be an emergency, the grounds for the "Emergency Police Protective Place". However, neither of the two children were taken to be seen by a medical examiner of any type for three weeks after forcefully being taken by Defendants.

11. Defendants DCF failed to provide children with mental health medication. After Plaintiffs Amanda Haugen try multiple times to inform Defendants DCF were provided with said children mental health medication. Multiple personnel from DCF, including Defendant Robert Williams, refuse to allow Plaintiff Amanda Haugen to drop off the medication for the children.

12. Defendant DCF refused to allow Plaintiffs Douglas Burdine, and Royal Flagg to deliver the medications for the children.

13. Plaintiff Royal Flagg is a mandatory reporter in the State of Kansas, working with children who suffer from Autism. The unsupported allegation of his participation in the abuse of a child has left him suspended pending the adjudication of the allegation.

Attachment C.

Flagg, et al, v. Department of Child and Family Services, et al

6. Defendants DCF, and GBPD at no time informed Plaintiff Amanda Haugen as to the whereabouts of her children.

7. On October 13h, 2021 Plaintiff Amanda Haugen received a phone from the District Attorneys Office informing her she had a court date.

8. Plaintiff Amanda Haugen was appointed counsel who never appeared on her behalf.

9. Plaintiff Amanda Haugen never waived her right to counsel.

10. The Court allowed proceedings to going forward against objections from Plaintiff.

11. During the initial proceedings, Judge Timarie Walters ORDERED Plaintiff Amanda Haugen to sign documents after the hearing that needed her signature.

12. Plaintiff Sarah Flagg instructed her sister, Amanda Haugen to first consult with her attorney.

13. Judge Walters ORDERED Plaintiff Sarah Flagg be removed from the courtroom, with further instructions that Mrs. Flagg would no longer be allowed in the process, and would not be a Next to Kin placement consideration. (The court should note that the Commission for Judicial misconduct has placed this complaint for hearing on December 3rd, 2021, Complaint Number  # 2550).

14. Defendants alleged that all Plaintiffs had abused child HH without any proper investigation.

15. Defendants DCF, and GBPD alleged that Plaintiff Royal Flagg pushed HH down some stairs.

16. Defendants DCF, and GBPD alleged that Plaintiff Sarah Flagg spanked HH on his butt, and legs.

17. Defendant DCF, and GBPD alleged that Plaintiff Douglas Burdine spanked HH on his butt.

18. Defendants continue to discus openly that all Plaintiffs have abused HH without any supporting evidence.

Attachment (C) continued

20. Defendants DCF, GBPD made no attempts to investigate the allegations against Plaintiffs.

21. Defendants St. Francis continues to refuse Plaintiffs Sarah Flagg, Royal Flagg, and Douglas Burdine access to participate in the case planning with Plaintiff Amanda Haugen against State mandate which specifically allows Plaintiffs to participate.

22. Defendant DCF failed to notify the Bois Forte Band of Chippewa pursuant to Federal Law.

Additional Plaintiffs

2. Sarah Flagg
    1919 Heizer St. Apt. C
    Great Bend, Kansas 67530
    Barton County
   620-282-7934
   sarah4210@gmail.com


3. Amanda Haugen
    1919 Heizer St. Apt. B
    Great Bend, Kansas 67530
    Barton County
    620-797-9609
    adhr6226@gmail.com

4.  Douglas Burdine
     1919 Heizer St. Apt. B
     Great Bend, Kansas 67530
     Barton County
     620-797-9609
     bluelow40@gmail.com



Royal Ross
1919 Heizer St, Apt C
Great Bend, KS
67530

TO: United States District Courthouse
401 N. Market St.   Rm #204
Wichita, Kansas
67202