# United States District Court

------------------------- DISTRICT OF KANSAS---------------------

| | |
|---|---|
| ROYAL FLAGG, SARAH FLAGG, AMANDA HAUGEN, AND DOUGLAS BURDINE, <br><br>  Plaintiff, <br><br> v. <br><br> KANSAS DEPARTMENT OF CHILDREN AND FAMILY SERVICES, GREAT BEND POLICE DEPARTMENT, SAINT FRANCIS MINISTRIES, INC., AND SHESHA LNU, <br><br>  Defendants. | Case No. 21-1281-JAR-GEB |

**Defendants,**

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That pursuant to the Court's Memorandum and Order filed on May 5, 2022 (Doc. 41), that Saint Francis Ministries, Inc. and Shesha LNU's Motion to Dismiss (Doc. 24); Kansas Department of Children and Family Services and Robert Williams' Motion to Dismiss (Doc. 26); and (3) Great Bend Police Department's Motion to Dismiss (Doc. 28) are **granted**.

**IT IS FURTHER ORDERED BY THE COURT** that Plaintiff Douglas Burdine's Motion for Voluntary Dismissal (Doc. 40) is **granted**.  This case is hereby dismissed in its entirety without prejudice.

**IT IS SO ORDERED**.

5/5/2022
Date

SKYLER B. O'HARA
CLERK OF THE DISTRICT COURT

by: s/Bonnie Wiest
Deputy Clerk